IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cuevas, Geronimo | Case Number: 07 B 20678 |
|---|---|---|
| | Cuevas, Lori A | Judge: Wedoff, Eugene R |
| | Printed: 7/15/08 | Filed: 11/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  July 14, 2008
Confirmed:  January 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,625.00 | |
| Secured: | | 3,263.25 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,058.00 |
| Trustee Fee: | | 303.75 |
| Other Funds: | | 0.00 |
| Totals: | 5,625.00 | 5,625.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,058.00 | 2,058.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Housing & Urban Development | Secured | 0.00 | 0.00 |
| 4. | Catalyst Interventions LLC | Secured | 0.00 | 0.00 |
| 5. | Ford Motor Credit Corporation | Secured | 12,559.60 | 1,823.54 |
| 6. | CitiMortgage Inc | Secured | 16,000.00 | 1,439.71 |
| 7. | Ginny's | Unsecured | 318.22 | 0.00 |
| 8. | Capital One | Unsecured | 1,010.10 | 0.00 |
| 9. | Capital One | Unsecured | 1,600.74 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 494.91 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 830.60 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 1,550.45 | 0.00 |
| 13. | Capital One | Unsecured | 930.63 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 4,903.88 | 0.00 |
| 15. | Dakota State Bank | Unsecured | 416.33 | 0.00 |
| 16. | Cook County Treasurer | Secured | | No Claim Filed |
| 17. | Brylane Home | Unsecured | | No Claim Filed |
| 18. | Medical Collections | Unsecured | | No Claim Filed |
| 19. | AFNI | Unsecured | | No Claim Filed |
| 20. | CACV Inc | Unsecured | | No Claim Filed |
| 21. | Bally's Health Club | Unsecured | | No Claim Filed |
| 22. | Blatt Hasenmiller & Komar | Unsecured | | No Claim Filed |
| 23. | Cache Inc | Unsecured | | No Claim Filed |
| 24. | CarMax Auto Finance | Unsecured | | No Claim Filed |
| 25. | Chase | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cuevas, Geronimo | Case Number: 07 B 20678 |
|---|---|---|
| | Cuevas, Lori A | Judge: Wedoff, Eugene R |
| | Printed: 7/15/08 | Filed: 11/6/07 |

| | | | | |
|---|---|---|---|---|
| 26. | HSBC | Unsecured | | No Claim Filed |
| 27. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 28. | HSBC | Unsecured | | No Claim Filed |
| 29. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 30. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 31. | Nicor Gas | Unsecured | | No Claim Filed |
| 32. | Security Credit Systems | Unsecured | | No Claim Filed |
| 33. | Zenith Acquisition | Unsecured | | No Claim Filed |
| | | | $ 42,673.46 | $ 5,321.25 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 303.75 |
| | $ 303.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

